**YUMA CITY ATTORNEY'S OFFICE**
Richard W. Files - City Attorney

K. Scott McCoy, Assistant City Attorney
Arizona Bar No. 019536
Rodney C. Short, Deputy City Attorney
Arizona Bar No. 026104
One City Plaza
Yuma, Arizona 85364
Telephone: (928) 373-5050
E-mail: Scott.McCoy@yumaaz.gov
        Rodney.Short@yumaaz.gov

**BEST BEST & KRIEGER LLP**
Lisa A. Bell (admitted *pro hac vice*)
1800 K Street, NW, Suite 725
Washington, District of Columbia 20006
Telephone: (202) 785-0600
Facsimile: (202) 785-1234
E-mail: lisa.bell@bbklaw.com

*Attorneys for Defendant City of Yuma, Arizona*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Spectrum Pacific West, LLC,<br><br>    Plaintiff,<br>v.<br>City of Yuma, Arizona,<br><br>    Defendant.<br><br>City of Yuma, Arizona,<br><br>    Counterclaimant,<br>v.<br>Spectrum Pacific West, LLC,<br><br>    Counter Defendant. | Case No.: 2:20-CV-01204-DWL<br><br>**DEFENDANT/COUNTERCLAIMANT CITY OF YUMA'S DEMAND FOR JURY TRIAL** |

Pursuant to Rule 38, of the Federal Rules of Civil Procedure, Defendant/Counterclaimant City of Yuma, Arizona ("Yuma"), by and through undersigned counsel, hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

RESPECTFULLY SUBMITTED this 6th day of September, 2022.

1

**BEST BEST & KRIEGER LLP**

By: _____*Lisa Bell*_____
　　　Lisa A. Bell
　　　*Attorney for Defendant City of Yuma, Arizona*

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2022, I electronically filed the foregoing **DEFENDANT/COUNTERCLAIMANT CITY OF YUMA'S DEMAND FOR JURY TRIAL** with the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in the case, including counsel of record:

C. Bradley Vynalek
Lauren Elliot Stine
Quarles & Brady LLP
Renaissance One, Two N. Central
Phoenix, AZ 85004
brad.vynalek@quarles.com
lauren.stine@quarles.com

Paul Werner
Imad Matini
Sheppard, Mulling, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW Suite 100
Washington, D.C. 20006
pwerner@sheppardmullin.com
imatini@sheppardmullin.com

*Attorneys for Plaintiff*
*Spectrum Pacific West, LLC*

Lisa A. Bell